**FILED**
JAMES J. VILT, JR. - CLERK

FEB - 7 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**JOSEPH EDWARD STARLING**

INDICTMENT

NO. 3:23-CR-11-DJH

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
18 U.S.C. § 924(e)
28 U.S.C. § 2461

The Grand Jury charges:

### COUNT 1
*(Possession of a Firearm by a Prohibited Person)*

On or about February 8, 2022, in the Western District of Kentucky, Jefferson, Kentucky, the defendant, **JOSEPH EDWARD STARLING**, knowingly possessed, in and affecting commerce, a firearm, that is, a Taurus, model Raging Judge Magnum, 45/410 caliber revolver, bearing serial number ES440439, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about December 3, 2018, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 14CR1174, **JOSEPH EDWARD STARLING**, was convicted of the offenses of Manslaughter II, Kidnapping (No Death/Injury), Criminal Syndication: Engaging in Organized Crime, and Tampering with Physical Evidence; and

> On or about September 26, 2006, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 06CR0965, **JOSEPH EDWARD STARLING**, was convicted of the offenses of Illegal Possession of Controlled Substance I (Meth), and Tampering with Physical Evidence; and

On or about May 6, 2004, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 04CR0083, **JOSEPH EDWARD STARLING**, was convicted of the offense of Possession of a Firearm by a Convicted Felon; and

On or about August 30, 1989, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 89CR0885, **JOSEPH EDWARD STARLING**, was convicted of the offenses of Burglary II (2 counts), occurring on separate occasions, Theft by Unlawful Taking Over $100 (5 counts) and Burglary III (3 counts); and

On or about August 30, 1989, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 89CR2260, **JOSEPH EDWARD STARLING**, was convicted of the offenses of Burglary III and Theft by Unlawful Taking over $100.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

### NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this Indictment, a felony punishable by imprisonment for more than one year, the defendant, **JOSEPH EDWARD STARLING**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses including, but not limited to, a Taurus, model Raging Judge Magnum, 45/410 caliber revolver, bearing serial number ES440439, and ammunition.

A TRUE BILL.

Redacted

*/s/ Michael A. Bennett*
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:FED02072023

UNITED STATES OF AMERICA v. **JOSEPH EDWARD STARLING**

## PENALTIES

Count 1: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
  (NL 15 years/$250,000/both/NM 3 yrs. Supervised Release with three qualifying convictions under 18 U.S.C. § 924(e)(1))
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987:</u>

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

  If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.