

# Case Assignment
# Standard Criminal Assignment

Case number **3:23CR-11-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 2/7/2023 12:50:51 PM
Transaction ID: 72683

Request New Judge    Return