

FILED
JAMES J. VILT, JR. - CLERK

FEB - 7 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                    Criminal Action No.: 3:23-CR-11-DJH

JOSEPH EDWARD STARLING                                                                DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Frank E. Dahl III hereby enters his/her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

Frank E. Dahl III
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-6772
Email: frank.dahl@usdoj.gov