# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                 **CRIMINAL ACTION NUMBER: 3:23CR-11-DJH**

**JOSEPH EDWARD STARLING**                                                                   **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

On March 17, 2023, United States Magistrate Colin H. Lindsay held an initial appearance on this matter via video conference. Assistant United States Attorney Alicia Gomez, on behalf of Frank Dahl, appeared on behalf of the United States. The defendant appeared in custody from Oldham County Detention Center. The proceeding was digitally recorded.

The defendant consented to proceed with initial appearance via video conference.

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charge contained therein and was advised of his rights. The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Court appointed the Office of Federal Defender to represent the defendant.

The United States moved for detention. Accordingly,

**IT IS HEREBY ORDERED** that arraignment proceedings and a detention hearing is scheduled for **March 20, 2023, at 3:00 p.m.** via video conference before the Honorable Colin H. Lindsay, United States Magistrate Judge. The defendant is remanded to custody of United States Marshals Service pending further order of the Court.

March 20, 2023                     **ENTERED BY ORDER OF THE COURT:**
                                   **COLIN H. LINDSAY**
                                   **UNITED STATES MAGISTRATE JUDGE**
                                   **JAMES J. VILT JR., CLERK**
                                   **BY: /s/** *Theresa L. Burch*, **Deputy Clerk**

:10