# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
### (Electronically Filed)

NO. 3:23CR-11-DJH
UNITED STATES OF AMERICA,                                                    PLAINTIFF,

vs.

JOSEPH STARLING,                                                           DEFENDANT.

## UNOPPOSED MOTION TO CONTINUE

Comes the defendant, by counsel, and moves this Honorable Court to continue the trial of the above-styled action currently scheduled for May 22, 2023.

As grounds for said motion, defense counsel states that additional time is necessary to properly investigate the case, fully advise the defendant, and to conduct plea negotiations. Counsel is authorized to state that the United States is unopposed to this motion.

/s Patrick J. Bouldin
Assistant Federal Defender
629 S. Fourth Street
200 Theatre Building
Louisville, Kentucky 40202
(502) 584-0525
Counsel for Defendant

Office of the
Federal Defender
629 4ᵀᴴ Street
200 Theatre Building.
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

**CERTIFICATE**

    I hereby certify that on April 19, 2023, I electronically filed a copy of the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the attorneys of record.

                              /s Patrick J. Bouldin

Office of the
Federal Defender
629 4ᵀᴴ Street
200 Theatre Building.
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2