UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Electronically Filed)

NO. 3:23CR-11-DJH
UNITED STATES OF AMERICA, PLAINTIFF,

vs.

JOSEPH STARLING, DEFENDANT.

### ORDER

Defendant having moved the Court to continue the trial herein; the United States having no objection thereto; the Court finding that the ends of justice served by the granting of said motion outweigh the best interests of the public and the defendant in a speedy trial; and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the trial in this action scheduled for May 22, 2023, be, and the same hereby is, vacated.

**IT IS FURTHER ORDERED AND ADJUDGED** that this matter be, and the same hereby is, reassigned to _____, at the hour of _____ .

**IT IS FURTHER ORDERED AND ADJUDGED** that the period of delay resulting from the continuance of this action be, and the same hereby is, excluded in computing the time within which the trial of the offenses charged herein must commence pursuant to 18 USCA §3161(h)(7)(A), §3161(h)(7)(B)(ii), and §3161(h)(7)(B)(iv).

Office of the
Federal Defender
629 4th Street
200 Theatre Building.
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

3