UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                       Criminal Action No. 3:23-cr-11-DJH

JOSEPH EDWARD STARLING,                                                                 Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on April 19, 2023, with the following counsel participating:

For the United States:     Frank E. Dahl, III

For Defendant:     Patrick J. Bouldin

The Court and counsel discussed the procedural posture of the case. The United States reported that additional time is needed to complete discovery. Based on the discussion during the conference, and by agreement of the parties, it is hereby

**ORDERED** as follows:

(1)   Defendant Joseph Edward Starling's unopposed motion to continue (Docket No. 13) is **GRANTED**. The trial of this matter, currently set for May 22, 2023, is **REMANDED** from the Court's docket, to be reset by subsequent order. All pretrial dates and deadlines are **VACATED**.

(2)   This matter is **SET** for a status hearing on **May 22, 2023, at 10:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky.

April 19, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

cc:     Jury Administrator

1