UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:23-cr-11-DJH |
| JOSEPH EDWARD STARLING, | Defendant. |

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

A status hearing was held in this matter on July 26, 2023, with the following counsel participating:

For the United States:   Frank E. Dahl, III

For Defendant:   Patrick J. Bouldin

The defendant was present. The Court and counsel discussed the procedural posture of the case, and counsel reported that the matter is likely to resolve prior to trial. Based on the discussion during the hearing, and by agreement of the parties, it is hereby

**ORDERED** that this matter is **SET** for a change-of-plea hearing on **August 21, 2023, at 11:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky. Without objection, the trial date and pretrial deadlines (*see* Docket No. 16) remain in place.

July 26, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg