UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically Under Seal)

CRIMINAL ACTION NO. 3:23CR-11-DJH
UNITED STATES OF AMERICA,                                                PLAINTIFF,

vs.

JOSEPH EDWARD STARLING,                                     DEFENDANT.

### SEALED ORDER

Defendant having moved the Court to seal the defendant's Sentencing Memorandum, and the Court being sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the Defendant's Sentencing Memorandum is, and the same hereby is, sealed pending further order of the Court.

November 9, 2023

David J. Hale, Judge
United States District Court

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

3